UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KENDRICK FELTON SHORTS                 CIVIL ACTION

VERSUS                                                      NO. 13-4758

MR. DAVID JOSEPH                    SECTION: G (4)

**ORDER AND REASONS**

Plaintiff, Kendrick Felton Shorts, an inmate currently incarcerated in the East Louisiana Medical Health System in Jackson, Louisiana, has submitted an application to proceed in forma pauperis in connection with the above-captioned 42 U.S.C. § 1983 complaint. Plaintiff filed suit against Mr. David Joseph arising from an incident he alleged occurred in 1997. (Rec. Doc. No. 1, Complaint). He requests monetary compensation. This is a non-dispositive pretrial matter which was referred to the undersigned United States Magistrate Judge pursuant to Local Rule 72.1(B)(1) and 28 U.S.C. § 636(b).

The Prison Litigation Reform Act ("PLRA"), Pub. L. No. 104-134, 110 Stat. 1321, signed into law on April 26, 1996, now codified at 28 U.S.C. § 1915(g), provides that a prisoner shall not be allowed to bring a civil action pursuant to 28 U.S.C. § 1915 if he has, on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on grounds that it was frivolous, malicious, or failed to state

a claim for which relief can be granted, unless the prisoner is under imminent danger of serious physical injury.

Plaintiff is a frequent litigant in federal court. He has filed numerous prior civil actions while incarcerated. At least three of those civil actions were dismissed as frivolous and/or for failure to state a claim for which relief could be granted. *Kendrick Felton Shorts v. Mr. Allen, et al.*, Civil Action No. 09-6793 "F"(1); *Kendrick Felton Shorts v. Orleans Parish Prison, et al.*, Civil Action No. 09-7326 "F"(5); *Kendrick Felton Shorts v. NOPD, et al.*, Civil Action No. 12-1526 "S"(2); *Kendrick Felton Shorts v. CIA-Mr. Allen, et al.*, Civil Action No. 12-2245 "J"(3). He has therefore accumulated three "strikes" under the PLRA.

Plaintiff may not proceed as a pauper in this action unless he fits within the "imminent danger" exception of § 1915(g). In the present case, plaintiff has not alleged, nor does his complaint demonstrate, that he is in imminent danger of serious physical injury. Consequently, plaintiff is not entitled to proceed in forma pauperis pursuant to the provisions of the Prison Litigation Reform Act. For the foregoing reasons,

**IT IS ORDERED** that plaintiff's motion to proceed in forma pauperis is **DENIED**. 28 U.S.C. § 1915(g).

New Orleans, Louisiana, this 14th day of June, 2013.

KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE